People of State of Illinois ex rel. Sidney L. Ulrich, Petitioner-Appellant, v. Board of Trustees of Firemen's Pension Fund of City of Peoria et al., Respondents-Appellees.

Gen. No. 10,475.

Morgan, Pendarvis & Morgan, for appellant; Victor P. Michel, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 29, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.